# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

Daniel W. Hamann

 Plaintiff, Pro Se

v.

Deb Haaland, Secretary
The United States Department of the Interior

 Defendant.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
09/02/2021
**JEFFREY P. COLWELL, CLERK**

## JURISDICTION

1) This complaint is brought pursuant to the Age Discrimination in Employment Act of 1967 (ADEA) (29 U.S.C. § 621 to 29 U.S.C. § 634).

2) Plaintiff is a federal employee, employed by the Bureau of Reclamation, a subagency of the Department of the Interior.

3) Plaintiff is a resident of Jefferson County, Colorado.

4) Defendant is located at the Denver Federal Center which is located in Jefferson County, Colorado.

5) Plaintiff has exhausted all administrative remedies.

6) Venue is properly set within this district as cause of action occurred in the United States District of Colorado.

## DEMAND

7) Plaintiff hereby makes a demand for **$597,576**.

## CASE SUBJECT TO AMENDMENT

8) 9) Complaint to be amended after initial filing and after plaintiff has gained access to electronic case filing system.

s/ Plaintiff
**_Daniel W. Hamann_**
Pro Se Litigant
10799 W ALAMEDA AVE UNIT 150032
LAKEWOOD CO 80215-7402
Telephone: (720) 428-9543
E-mail: r6y2r7@gmail.com