IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02385-DDD-NRN

DANIEL W. HAMANN,

    Plaintiff,

v.

DEB HAALAND, SECRETARY and
UNITED STATES DEPARTMENT OF THE INTERIOR,

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Adopting Report and Recommendation and Dismissing Case, filed on March 6, 2023, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that Magistrate Judge N. Reid Neureiter's Report and Recommendation (Doc. 35) is ACCEPTED and ADOPTED. It is further

    ORDERED that judgment is hereby entered in favor of Defendants, Deb Haaland, Secretary and United States Department of the Interior, and against Plaintiff, Daniel W. Hamann, on Defendants' Motion to Dismiss. It is further

    ORDERED that Plaintiff's complaint and action are dismissed.

DATED at Denver, Colorado this 6th day of March, 2023.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk